UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN CROSBY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-cr-00023-GZS-1 |
| | ) | 2:14-cv-00013-GZS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER**

This matter is before the Court on Petitioner's request that the Court order the Coolidge House, the halfway house to which Petitioner anticipates he will be transferred, to allow Petitioner access to local libraries in Boston, Massachusetts, or any other facility which the Court deems appropriate for legal research.

Given that Petitioner has not yet been transferred to the Coolidge House, Petitioner's request is premature. In addition, at least in the first instance, the manner by which an institution provides inmates with an adequate law library or legal assistance is within the judgment of the institution's administration. *See Lewis v. Casey*, 518 U.S. 343, 355-57 (1996). Accordingly, the Court denies Petitioner's request.

CERTIFICATE

Any objections to this Order shall be filed in accordance with Fed.R.Crim.P. 59 and Fed.R.Civ.P. 72.

*So Ordered.*

April 8, 2014    /s/ John C. Nivison
             U.S. Magistrate Judge