**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOHN CROSBY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No.  2:11-cr-00023-GZS |
| ) | 2:14-cv-00013-GZS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 109) filed February 27, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that no evidentiary hearing is warranted under Rule 8 of the Rules Government Section 2255 Cases.

It is also **ORDERED** that Petitioner's 28 U.S.C. §2255 Motion is **DENIED**.  A certificate of appealability is **DENIED**  pursuant to Rule 11 of the Rules Governing Section 2255 because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

      /s/ George Z. Singal
      United States District Judge

Dated this 30th day of March, 2015.